FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 3 - 2008

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. '08 - CV - 02377 bnb

(The above civil action number must appear on all future papers sent to the Court in this action. Failure to include this number may result in a delay in the consideration of your claims.)

RONALD ROY, HOODENPYLE, and
DARLA JEAN, HOODENPYLE, PO Box 26571, Colorado Springs, CO 80936, Phone # (719) 217-6049,

    Plaintiffs.

v.

JAY S. FISHMAN, CEO Travelers Casualty and Surety Company of America, One Tower Square, Hartford, Connecticut 06183, Phone # (800-842-8496),

    Defendant.

## ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND DIRECTING PLAINTIFFS TO CURE DEFICIENCIES

Plaintiffs have submitted a Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915, and a pleading titled "Action in Common Law Against Jay S Fishman, President & CEO, Travelers Casualty and Surety Company of America." As part of the Court's review pursuant to D.C.COLO.LCivR 8.1, the Court has determined that the submitted documents are deficient as described in this Order. Notwithstanding the deficiencies, the Clerk of the Court will be directed to commence a civil action. Plaintiffs will be directed to cure the following if they wish to pursue their claims. Any papers which Plaintiffs file in response to this Order must include the civil action number on the Order.

**Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915:**
- (1) ___ is not submitted
- (2) ___ is not on proper form (must use the Court's current form)
- (3) ___ is missing original signature by Plaintiff
- (4) ___ is missing affidavit
- (5) ___ affidavit is incomplete
- (6) _X_ affidavit is not properly notarized with respect to Plaintiff Darla Jean Hoodenpyle
- (7) ___ names in caption do not match names in caption of complaint, petition or application
- (8) ___ An original and a copy have not been received by the Court. Only an original has been received.
- (9) ___ other _____

**Complaint or Petition:**
- (10) ___ is not submitted
- (11) _X_ is not on proper form (must use the Court's current form)
- (12) ___ is missing an original signature by Plaintiff
- (13) ___ is incomplete
- (14) ___ uses et al. instead of listing all parties in caption
- (15) ___ An original and a copy have not been received by the Court. Only an original has been received.
- (16) ___ Sufficient copies to serve each Defendant/Respondent have not been received by the Court.
- (17) ___ names in caption do not match names in text
- (18) ___ other _____

Accordingly, it is

ORDERED that the Clerk of the Court commence a civil action in this matter. It is

FURTHER ORDERED that Plaintiffs cure the deficiencies designated above **within thirty days from the date of this Order.** Any papers which Plaintiffs file in response to this Order must include the civil action number on the Order. It is

FURTHER ORDERED that the Clerk of the Court mail to Plaintiffs, together with a copy of this Order, copies of the following Court-approved forms: Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915; Complaint. It is

FURTHER ORDERED that if Plaintiffs fail to cure the designated deficiencies **within thirty days from the date of this Order**, the Complaint and the action will be dismissed without further notice.

DATED at Denver, Colorado, this 30th day of October, 2008.

BY THE COURT:

*Boyd N. Boland*
BOYD N. BOLAND
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. '08-CV-02377

Ronald Roy Hoodenpyle
P.O. Box 26571
Colorado Springs, CO 80936

I hereby certify that I have mailed a copy of the **ORDER and two copies of the Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and the Complaint forms** to the above-named individuals on 11/3/08

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk